954

*Marshall Perlin* and *David Scribner* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins* and *Philip R. Monahan* for the United States.

No. 767. FRANTZ ET AL., DOING BUSINESS AS FRANTZ EQUIPMENT CO., *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph W. Henderson, George M. Brodhead* and *Harry Norman Ball* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Morton Hollander* for the United States.

No. 769. CITY OF AMARILLO *v.* COPELAND. C. A. 5th Cir. Certiorari denied. *Don H. Culter* for petitioner. *John H. Merchant* and *J. O. Fitzjarrald* for respondent.

No. 770. JOHNSON, ADMINISTRATRIX, *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. C. A. 2d Cir. Certiorari denied. *Jacquin Frank* and *Herman B. Gerringer* for petitioner. *Edward R. Brumley* and *Robert M. Peet* for respondent.

No. 772. LEWIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Capelle Damrell* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 775. UNITED STATES *v.* ROBERSON. Court of Claims. Certiorari denied. *Solicitor General Sobeloff* for the United States. *Clarence G. Pechacek* for respondent.